J. Joseph Bainton (JB-5934)
BAINTON McCARTHY LLC
*Attorneys for Robert B. Nichols and Ellen M. Nichols*
26 Broadway, Suite 2400
New York, New York 10004
(212) 480-3500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:                                              Chapter 11

BAYOU GROUP, LLC, et al.,                           Case No.: 06-22306 (ASH)

                Debtors.          Jointly Administered
------------------------------------x
BAYOU MANAGEMENT, LLC

                Plaintiff,
                                                    Adv. Proc. No.: 08-08292 (ASH)
- against -
                                                    (Proceeding No. 2)
ROBERT B. NICHOLS, ELLEN M.
NICHOLS, SAMUEL ISRAEL III, and
JOHN DOES 1-5,

                Defendants.
------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,          05 Cr. 1039 (CM)

- against -                                         (Proceeding No. 1)

SAMUEL ISRAEL III,

                Defendant.
------------------------------------x
ROBERT B. NICHOLS and
ELLEN M. NICHOLS,

                Petitioners.
------------------------------------x

### NOTICE OF MOTION OF PETITIONERS-DEFENDANTS ROBERT B. NICHOLS AND ELLEN M. NICHOLS TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING AND CONSOLIDATE PROCEEDING NOS. 1 AND 2

Petitioners-Defendants Robert B. Nichols and Ellen M. Nichols hereby respectfully move (a) pursuant to Local Bankruptcy Rule 5011.1 to withdraw the reference to the United States Bankruptcy Court for the Southern District of New York of Proceeding No. 2 upon the grounds that that Article I court cannot conduct a trial by jury and Proceeding No. 2 necessarily involves an issue of law over which the District Court has exclusive jurisdiction in the context of Proceeding No. 1 thus making withdrawal of the reference mandatory, or, at a minimum, plainly in the interest of justice and (b) pursuant to Federal Rule of Civil Procedure 42 and this Court's inherent discretion to manage its docket, to consolidate for all purposes Proceeding Nos. 1 and 2 upon the grounds that they involve exactly the same common nucleus of facts and substantially congruent issues of law.

Dated: New York, New York
June 16, 2006

                                  BAINTON McCARTHY LLC

                                  By: /s/ J. Joseph Bainton
                                        J. Joseph Bainton (JB-5934)
                                  26 Broadway
                                  New York, NY 10004-1840
                                  Telephone: (212) 480-3500
                                  Facsimile: (212) 480-9557