UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

  -against-                               05 Cr. 1039 (CM)

SAMUEL ISRAEL III,

        Defendant.

---------------------------------------x

ROBERT B. NICHOLS and                     08 Civ. 6036 (CM)
ELLEN M NICHOLS,

        Petitioners.

---------------------------------------x

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

In re:

    BAYOU GROUP LLC, et al.,

        Debtors.

---------------------------------------x

McMahon, J.:

    Reference is made to the June 16, 2008 motion by Petitioners Robret B. Nichols and Ellen M. Nichols to withdraw the reference of their adversary proceeding and to consolidate the Adversary Proceeding with the Criminal Forfeiture proceeding pursuant to Rule 42 of the Federal Rules of Civil Procedure. Counsel for Bayou Management has consented to this motion.

    Reference is also made to the Court's request for the views of the Government on this motion, which is dated July 3, 2008. The Government, by letter dated July 10, 2008, has

indicated that it consents to the Nichols' motion.

Accordingly, the motion is granted; the reference is withdrawn in Adv. Proc. No. 08-8292, and the Adversary Proceeding is hereby consolidated with the Criminal Forfeiture Proceeding under the caption "United States v. Samuel Israel III," and docket number 05 Cr. 1039 (CM ).

The parties shall appear for a civil case management conference on Thursday, July 24, 2008 at 11:00 a.m.

Dated: July 14, 2008

_____
U.S.D.J.

BY ECF AND FAX TO ALL COUNSEL